# UNITED STATES DISTRICT COURT
### for the
Eastern District of California ▾

| | |
|---|---|
| United States of America<br>v.<br><br>JOEL ALEJANDRO MORANTES LEAL,<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

Jun 16, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.  1:25-mj-00068-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 27 and May 9, 2025_____ in the county of _____Merced and Tulare_____ in the
_____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(b) | Bank Robbery |

This criminal complaint is based on these facts:

Affidavit of FBI SA Mauro A. Ramirez-Cazares attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mauro A. Ramirez-Cazares, Special Agent
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1.

Date:  **Jun 14, 2025**
_____

City and state: _____Fresno, California_____

_____
*Judge's signature*

Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| v. | **FILED UNDER SEAL** |
| JOEL ALEJANDRO MORANTES LEAL, | |
| Defendant. | |

## I.    **INTRODUCTION**

I, Mauro A. Ramirez-Cazares, being first duly sworn under oath, depose and say:

1.    This complaint seeks the issuance of an arrest warrant for Joel Alejandro MORANTES Leal (hereinafter **MORANTES**) for violations of 18 U.S.C. § 2113 (b) - Bank Robbery.

2.    Title 18, United States Code, Section 2113(b) provides that "[w]hoever takes and carries away, with intent to steal or purloin, any property or money or any other thing of value exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank, credit union, or any savings and loan association, shall be fined under this title or imprisoned not more than ten years, or both."

3.    As set forth below, between April 27, 2025, and May 9, 2025, the defendant accessed ATMs belonging to banks and credit unions and attempted to steal or successfully stole money exceeding $1,000 under the care and custody of the banks and credit unions.

## II. AGENT EXPERIENCE

4.      I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

5.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 10, 2010. I received my initial training and instruction to become a Special Agent at the FBI Academy located in Quantico, Virginia where I received training concerning violations of the United States criminal statutes. After initial training, I was assigned to the San Juan Division of the FBI and worked from the Ponce, Puerto Rico office. There, I was assigned a variety of criminal cases which included White Collar Crime, Violent Crimes, Organized Crime, and Public Corruption. In 2014, I transferred to the Fresno Office, Sacramento Division of the FBI, where I continued to work in the criminal programs, in addition to investigating Civil Rights violations. I am currently assigned to the Sacramento Division, Joint Terrorism Task Force of the FBI where I am currently assigned to investigate Counter Terrorism and Cyber Intrusions.

6.      I have personally participated in the investigation set forth below.  I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the FBI and other law enforcement officers; and from my review of records, reports, and surveillance videos relating to the investigation.

7.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed.  Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Because this Affidavit is being submitted for the limited purpose of securing complaints for the named subjects, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe establish probable cause that evidence of the violations further described above have been committed.

### III.    PROBABLE CAUSE

**A.    In April and May 2025, A Subject, later identified as Defendant Joel Alejandro MORANTES Leal, Conducted a Series of ATM Jackpotting Attacks in the Eastern District of California**

8.      Between April 27, 2025 and May 9, 2025, at least eight Automated Teller Machines (ATM) in the Eastern District of California were jackpotted by a group of individuals.

9.      Jackpotting is the type of crime in which criminals exploit vulnerabilities in an ATM's software, hardware and physical structure, to cause it to dispense cash in unauthorized transactions.

10.      The following is a discussion of six of those jackpotting attacks which highlights **MORANTES**'s role in the attacks.

      1.      <u>Incident 1 - April 28, 2025 - Merced School Employees Federal Credit Union (MSEFCU),  Atwater, CA, Drive-Up ATM – Attempt only</u>

11.      On April 27th 2025 at approximately 22:36 hrs., bank surveillance video at Merced School Employees Federal Credit Union (MSEFCU), a Federal credit union whose deposits are insured by the National Credit Union Administration (NCUA), captured a black Toyota Prius (CA License Plate 9NUS045) parked directly in front of the ATM. The driver stayed in the vehicle and drove away a few minutes after. At approximately 23:51 hrs., the same vehicle drove up to the ATM, did not stop, and continued driving forward. As the vehicle drove through the ATM, the driver is observed using his/her cellular telephone and appeared to be taking photographs, video recording, or conducting a video call of the ATM. See Figure 1a below.  Based on my training and experience and knowledge of the investigation, I believe that the individual driving the black Toyota Prius (CA License Plate 9NUS045) was casing and surveilling the scene for others.

Figure 1a – Photograph of unknown male photographing, video recording, or conducting a video call of the ATM.



12.     Roughly 20 minutes later, at approximately 00:06 hrs. of April 28th, a grey Toyota Prius, with paper license plate number A7226652 (Washington State, photos below) drove up to the ATM. A subject (believed to be **MORANTES**, as discussed further below) was observed getting out of the vehicle and opening the ATM front latch assembly.  See Figure 1b below.

Figure 1b – Photographs of subject (**MORANTES**) accessing the ATM.



13.     Per interview with the credit union's IT Manager, the lock was not forced, which suggests that the subjects used a key to unlock the ATM.

14.     The subject was wearing a dark colored hooded sweatshirt with large writing on the left sleeve, a blue baseball cap with the "HH" logo of men's clothing company, Helly Hanson, and a blue surgical mask with a small piece of horizontal metal across the top of the mask.  The subject then closed the latch to the ATM, got back inside the vehicle, and drove off.

15.     Shortly after, the grey Toyota Prius returned.  Surveillance captured the subject **MORANTES**) actively manipulating the ATM's computer via a wireless keyboard and using his cellular telephone in what appears to be a video call.

16.     After several minutes of manipulating the ATM's computer, the male (**MORANTES**) was unable to cause the machine to dispense the money. The male is observed opening the ATM latch one more time and then the grey Toyota Prius drove away around 00:52 hrs without having dispensed any money from the ATM.  Credit Union staff believes the unsuccessful attempt may have been due to operating system issues they have been having with this ATM machine.

2.     <u>Incident 2 - April 28, 2025 - Merced School Employees Federal Credit Union (MSEFCU),  1021 Olivewood Drive, Merced, CA, Drive-Up ATM – Attempt only</u>

17.     On April 28, 2025, surveillance footage captured the same black Toyota Prius (CA License Plate 9NUS045) driving slowly but not stopping in front of the ATM at Merced School Employees Federal Credit Union (MSEFCU), 1021 Olivewood Drive, Merced, CA. Shortly after, the grey Toyota Prius (WA State Paper Plates A7226652) drove up to the ATM.

18.     A subject who appears to match the subject who manipulated the ATM in Incident 1 in Atwater (**MORANTES**), wearing a similar dark colored hooded sweatshirt and a baseball cap, attempted to open the ATM's front latch. The subject was unable to open it, got into the grey Toyota Prius, and drove away. The vehicle returned shortly after to try again.  They were unsuccessful. They depart without having dispensed any money from the ATM. In one of the last images, the subject (**MORANTES**) is observed taking off his mask.

Figure 2 – Photographs of subject (**MORANTES**) after accessing the ATM in Merced.



3.      Incident 3 - April 28, 2025 - Merced School Employees Federal Credit Union (MSEFCU),  1890 S Mercey Springs Rd., Los Banos, Drive-Up ATM – Loss $94,800

19.    On April 28, 2025, at approximately 0206 hrs., surveillance captured the grey Toyota prius (CA License Plate 9NUS045) arriving at the Merced School Employees Federal Credit Union (MSEFCU), 1890 S Mercey Springs Rd., in Los Banos, California.

20.    A subject was wearing a similar dark colored hooded sweatshirt with large writing on the left sleeve, and a blue surgical mask with a small piece of horizontal metal across the top of the mask. The subject appeared to match the physical description of the subject in Incidents 1 and 2. The subject (**MORANTES**) attempted to open the ATM's front latch.  After a few minutes the subject entered the vehicle and drove away.

21.    The grey Toyota Prius returned to the ATM roughly one hour later. The same subject (**MORANTES**) is observed on surveillance manipulating his cell phone and a wireless keyboard in a manner consistent with the ATM incident in Atwater. The subject was then observed in what appear to be a video call and pointed his cell phone towards the ATM's screen.

22.    The subject was successful in breaching the ATM software and caused it to dispense the money, later determined by the financial institution to be approximately $94,800.  See Figure 3 below.

_Figure 3 – Three photographs of subject (__**MORANTES**__) accessing the ATM in Los Banos and obtaining cash._

_Subject (__**MORANTES**__) opening the ATM_



_Subject (__**MORANTES**__) and another individual retrieving the cash_



_Subject (__**MORANTES**__) without a mask_



AFFIDAVIT IN SUPPORT OF COMPLAINT

23.     After all the money was depleted from the ATM, the subject opened the front latch of the ATM, appeared to retrieve something from inside, closed the latch, returned to the car, and drove away.

24.     Later examination by credit union personnel would reveal that the lock was not forced, indicating that the subject accessed the ATM with a key, in a manner consistent with the Atwater incident above.

4.     <u>Incident 4 - May 7, 2025 - Bank of the Sierra, 2515 S. Mooney Blvd. Visalia CA Drive-Up ATM – Attempt only</u>

25.     On May 7, 2025, surveillance at Bank of the Sierra, a Federal Deposit Insurance Corporation (FDIC)-insured financial institution (F22597), 2515 S. Mooney Blvd. Visalia, CA captured a silver color Honda Odyssey drive up to the Drive-Up ATM at approximately 2308 hrs.

26.     Surveillance showed a subject, who appears to match the physical description of the subject in Incidents 1, 2 and 3 (**MORANTES**), open the front latch of the ATM in the same manner as in the previous incidents. The subject is wearing a similar dark colored hooded sweatshirt, a similar blue baseball cap with the "HH" logo of men's clothing company, Helly Hanson, and a similar blue surgical mask with a small piece of horizontal metal across the top of the mask. The subject pulled out the tray carrying the ATM's computer and manipulated the computer with a handheld tool. The subject closed the ATM and drove away.

27.     At approximately 02:18 hrs., the silver Honda Odyssey was observed on surveillance footage returning to the ATM. Surveillance captured a subject (**MORANTES**) opening the ATM front door and latch, manipulating the ATM, and then leaving.  See Figure 4.

28.     Pursuant to police report by Visalia Police Department, the subject(s) stole the computer's hard drive.

Figure 4 – Photographs of Honda Odyssey and Subject (**MORANTES**) accessing the ATM in Visalia.





      5.       Incident 5 - May 8, 2025 - Bank of the Sierra, 246 E. Tulare Ave., Tulare CA Drive-Up ATM – Attempt only

      29.     On May 8, 2025, surveillance at Bank of the Sierra, 246 E. Tulare Ave., Tulare CA showed a silver color Honda Odyssey driving up to the Drive-Up ATM at approximately 00:54 hrs.

      30.     Surveillance captured a subject, who appeared to match the physical description of the subject in Incidents 1 through 4 (**MORANTES**), open the front latch of the ATM in the same manner as

in the previous incidents. The subject was wearing a similar dark colored hooded sweatshirt, a similar blue baseball cap with the "HH" logo of men's clothing company, Helly Hanson, and a similar surgical mask with a small piece of horizontal metal across the top of the mask.

31.     The subject (**MORANTES**) opened the front door and latch of the ATM using a hand-held tool, then closed the latch and door, and returned to the vehicle. Shortly after, the subject re-opened the ATM, appeared to be working with the hardware, and closed the ATM. The Honda Odyssey then drove away. A few minutes later the Honda Odyssey returned, the subject (**MORANTES**) retrieved what appears to be the ATM's hard drive, and then drove away. See Figure 5.

Figure 5 – Photographs of Honda Odyssey and Subject (**MORANTES**) accessing the ATM in Tulare.

*Overview of Honda Odyssey arriving at ATM*



*Subject (**MORANTES**) without mask.*



_Subject (**MORANTES**) manipulating ATM._



Incident 6 - May 8, 2025 - Bank of the Sierra, 1430 E. Prosperity Ave., Tulare CA Drive-Up

ATM – Attempt only

32.    On May 8, 2025, surveillance at Bank of the Sierra, 1430 E. Prosperity Ave, Tulare CA showed a silver color Honda Odyssey driving up to the Drive-Up ATM at approximately 01:25 hrs.

33.    A subject got out of the vehicle and began working on the ATM. The subject opened and closed the ATM multiple times, and appeared to retrieve something from the machine. An unknown man was then observed riding a bicycle near the Silver Honda Odyssey, which may have caused the subject(s) to stop their attempt on the ATM. Shortly after the man on the bicycle leaves, the Honda Odyssey drives away.

///
///
///
///
///
///
///
///

**B.      License Plate Reader (LPR) analysis showed that the grey Prius and the silver Honda Odyssey had related travel patterns suggesting they were tied to one another**

34.      Agents conducted a search of vehicles using the Vigilant Vehicle Manager system[1] to search License Plate Readers (LPR) for known hits on the black Toyota Prius (CA License Plate 9NUS045), seen casing the credit union in Incident 1.  Agents found license plate reader results in Los Banos and Merced during the early morning hours of April 28, 2025.  The analysis generate three hits.

35.      Using this data, Agents used the same system and requested "nearby vehicles" to this vehicle on the same date and times.  This request provided vehicles that passed the LPRs just prior to the known vehicle and just after.  Agents ran reports for three LPR hits on the black Toyota Prius and then looked for matching vehicles that would show up on all three reports.  Agents found that a grey 2004 Toyota Prius bearing California License plate 9SNY253 (registered to an Andres Francisco Corzo Castillo at 61 Preda St., San Leandro, CA) that showed up on all three occasions with the black Toyota Prius (9NUS045).  Based on the locations of the LPRs and the times the vehicles pass through the LPRs, Agents concluded these vehicles must be traveling together.  Furthermore, the grey Toyota Prius observed in surveillance for the Atwater, Merced and Los Banos ATM incidents (Incidents 1 through 3) was consistent in color and description to the grey Toyota Prius captured on the LPRs.  Thus, your affiant concluded the grey Toyota Prius (**9SNY253)** is in fact the vehicle the subject (**MORANTES**) travelled in the jackpotting incidents (1-3), and used a WA paper plate number **A7226652**, to conceal its real license plates.

///

///

///

///

///

---

[1] The Vigilant Vehicle Manager system, developed by Motorola Solutions, is a license plate recognition (LPR) software designed to assist law enforcement and security agencies in tracking and analyzing vehicle data.

36.    On May 30, 2025, TFO Pat Mares performed additional LPR analysis on the grey Toyota Prius (**9SNY253**) and was able to identify the silver Honda Odyssey (2007 Honda Odyssey, owned by a Juan Luis Aguilar (**5XPA999**)) frequently traveled with the grey Toyota Prius during the May 2025 time frame. See chart below:

| DATE | Grey Toyota Prius 9SNY253 | | Silver Honda Odyssey 5XPA999 | |
|---|---|---|---|---|
| **May 2, 2025** | Hwy 50 LPR – South Lake Tahoe, CA | 2053 hours | Hwy 50 LPR- South Lake Tahoe, CA | 2144 hours |
| **May 2, 2025** | Hwy 50 LPR – Stateline, NV | 2107 hours | Hwy 50 LPR - Stateline, NV | 2200 hours |
| **May 2, 2025** | Hwy 50 LPR – Carson City, NV | 2119 hours | Hwy 50 LPR – Carson City, NV | 2217 hours |
| **May 8, 2025** | Rolling LPR – 3967 Chester Lane, Bakersfield, CA | 1527 hours | Rolling LPR – 3967 Chester Lane, Bakersfield, CA | 1528 hours |
| **May 10, 2025** | Hwy 60 LPR – Wickenburg Way at Los Altos Wickenburg, AZ | 1405 hours | Hwy 60 LPR – Wickenburg Way at Los Altos Wickenburg, AZ | 1412 hours |
| **May 10, 2025** | Hwy 60 LPR – Wickenburg Way at El Recreo, Wickenburg AZ | 1408 hours | Hwy 60 LPR – Wickenburg Way at El Recreo, Wickenburg AZ | 1415 hours |
| **May 11, 2025** | Hwy 60 LPR – Wickenburg Way at El Recreo, Wickenburg AZ | 1708 hours | Hwy 60 LPR – Wickenburg Way at El Recreo, Wickenburg AZ | 1659 hours |
| **May 11, 2025** | Paradise Hills LPR – Henderson, NV | 2027 hours | Paradise Hills LPR – Henderson, NV | 2024 hours |
| **May 11, 2025** | NB I-15 LPR – Las Vegas NV | 2346 hours | NB I-15 LPR – Las Vegas NV | 2334 hours |

37.    The common travel patterns between the grey Prius and the silver Honda Odyssey help establish that the subject (**MORANTES**) seen conducting the Jackpotting attacks in Incidents 1, 2, and 3 driving in the grey Prius is the same subject (**MORANTES**) seen conducting the Jackpotting attacks in Incidents 4, 5 and 6 driving in the silver Honda Odyssey.

**C.    Investigation Revealed that the Subject(s) from Incidents 1 through 6 in the Eastern District of California Likely Conducted Other Jackpotting Attacks in the Western United States including in Oregon and Washington.**

38.    Agents believe this group may be responsible for as many as nine other jackpotting incidents outside of California. In coordination with state and federal agencies, affiant located and reviewed surveillance footage and evidence from other incidents.  Affiant determined that the tactics and techniques used in the Eastern District of California incidents were similar to the tactics and techniques used in the other Western States, including Oregon and Washington.

39.    Analysis reveals that the group specifically targeted specific ATM models by software, hardware and physical security vulnerabilities. Subjects are targeting ATMs make and models Diebold DN Series models and NCR 6688 models; which are manufactured and sold to banks with generic key access. This physical security vulnerability allowed **MORANTES** to make use of a generic key, readily available on-line, to access the ATM computer.

40.    The actions of the subject were similar in the California incidents as in the Oregon and Washington incidents.  Upon breaching the ATM, the subject (**MORANTES**) removed the hard drive, and appeared to take it off-site to upload malware on to it, and then returned to the ATM to reconnect it to the ATM's computer.

41.    Forensic analysis of the California incidents as in the Oregon and Washington incidents revealed that the subject (**MORANTES**) exploited similar software vulnerabilities in the Activate Enterprise security software[2] to bypass security measures, launch the malicious software and cause the machine to dispense all the money within.

---

[2] Activate Enterprise (AE) software acts as the bridge between the Windows-based operating system and the ATM hardware, ensuring smooth communication between software and physical components. Running on Windows Internet of Things, AE manages transactions, security protocols, and user interactions while interfacing with the ATM's card reader, cash dispenser, touchscreen, and sensors. It enables contactless payments, cardless banking, and cash recycling, ensuring modern functionality. AE also integrates with network processors to authenticate transactions and maintain compliance, making ATM operations efficient and secure.

42.    In most of the surveillance footage of the California, as well as Oregon and Washington incidents, the subject **(MORANTES)** was observed attempting to open the ATM, remove the hard drive, and launch the malicious code using a wireless keyboard.

**D.    In June 2025, Agents Identified JOEL ALEJANDRO MORANTES LEAL as the Subject seen committing the Jackpotting attacks.**

43.    In June 2025, FBI SA Gina M. Hofmann performed a review of databases and open sources to identify the main subject.

44.    The below image was obtained from bank surveillance footage of an attempted ATM Jackpotting incident that occurred on April 13, 2025, at OCU Credit Union, a Federal credit union whose deposits are insured by the NCUA, 510 Wallace Rd. NW Salem, OR. Pursuant to an incident report by Salem PD, subjects arrived in a Toyota Rav4 using Washington State paper plates **A7226652**[3], the same paper plate type and number displayed by the grey Toyota Prius in Incidents 1, 2 and 3 in California (discussed previously). In the April 13 Oregon incident, a subject matching the description of **MORANTES**, is observed on surveillance accessing the ATM and removing the hard drive (in a manner consistent with the incidents above). **MORANTES** also took his mask off during the incident. In surveillance video agents were able to see subject had a unique tattoo in his arm. Surveillance video from the ATM provided a clear shot of subject's face matching that of the incidents above. Please see photos below:

---

[3] The same Toyota Rav4 (WA State paper plates **A7226652**) has been associated with several ATM jackpotting incidents from April 4 to 15 in the states of Washington and Oregon.

*Subject (**MORANTES**) manipulating the ATM*



*Subject (**MORANTES**) without a mask*



*Subject (**MORANTES**) visible tattoos in the forearm*



*Toyota Rav4 (WA State paper plates **A7226652**)*



45.    On/about June 11, 2025, FBI agents made a request to U.S. Custom Border Protection (CBP) to run a query of its databases for facial matches to the photograph of the subject obtained from the surveillance footage of the April 13, 2025, incident in Salem OR. On June 12, 2025, U.S. CBP provided the FBI with a possible match of the individual depicted in the Salem, OR incident of April 13, 2025.  CBP identified that person as Joel Alejandro MORANTES Leal, date of birth November 23, 1999, Alien Registration Number A246727977, Place of Birth Venezuela. Public records show him to be brown hair, brown eyes, 6 ft, and 220 pounds.  These metrics all match the subject in the Jackpotting attacks.

46.    CBP provided a recent booking photo of **MORANTES** taken on/about June 10, 2025. Based on my review of hours of surveillance video of the Jackpotting attacks, social media evidence

(discussed below), I believe the **MORANTES** is the subject who conducted the Jackpotting attacks under investigation.



47.    FBI reviewed Facebook url: https://www.facebook.com/joel.morantes, display name "Joel Morantes" Facebook ID: 1474131627.  On January 13, 2025, the following image was posted on **MORANTES**' Facebook page showing a tattoo on his right forearm that appeared to be an image of a baby's footprint:



48.    **MORANTES**' Facebook photo appears to be the same person depicted in the CBP booking photo and on surveillance in the Jackpotting attacks.

49.     The forearm tattoo identified on **MORANTES**' Facebook page matches the baby's footprint tattoo of the male subject involved in April 13, 2025 and April 15, 2025 ATM jackpotting incidents in Oregon. See pictures below:

a)      Photo of Subject's Arm Captured by Surveillance Video on April 13, 2025 during ATM jackpotting incident at 510 Wallace Rd. NW Salem, OR displaying baby's footprint tattoo on right forearm:



b)      Photo of Subject's Arm Captured by Surveillance Video on April 15, 2025 during ATM jackpotting incident at 1980 NW 9th Street Corvallis, OR displaying baby's footprint tattoo on right forearm:



50.     FBI also identified on **MORANTES**' Facebook page an image of him wearing a pair of black and white high top tennis shoes posted on August 22, 2024.



51.     The black and white high top tennis shoes matched the footwear worn by the subject during the April 2025 ATM Jackpotting incidents in Washington:

a)      Photo of Subject's Shoes (and right forearm tattoo) Captured by Surveillance Video on April 12, 2025 during ATM jackpotting incident at 721 College Street SE Lacey, WA, at First Citizens Bank:



b)    Photo of Subject's Shoes (and right forearm tattoo) Captured by Surveillance Video on April 13, 2025 during ATM jackpotting incident at 510 Wallace Rd. NW Salem, OR at OSU Credit Union.



c)    Photo of Subject's Shoes Captured by Surveillance Video on May 8, 2025 during ATM jackpotting incident at 1430 E. Prosperity Ave, Tulare CA 93274 – Bank of the Sierra (Incident 6, discussed above):

52.    Also identified on **MORANTES'** Facebook page was an image of him wearing a pair of tan and black hiking boots posted on January 19, 2025.  See below:



53.    The tan and black hiking boots matched the same kind of footwear worn by the subject during an April 15, 2025 during ATM jackpotting incident at 1980 NW 9th Street Corvallis, OR – OSU Credit Union:



54.     Thus, I believe that the subject who committed the Jackpotting incidents in the Eastern District of California is Joel Alejandro **MORANTES** Leal.  Further, there is probable cause to believe that **MORANTES** violated 18 U.S.C. § 2113(b), and  I respectfully request the Court issue an arrest warrant for the **MORANTES**.

I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

Mauro A. Ramirez-Cazares, Special Agent
Federal Bureau of Investigation


Sworn to me in accordance with Fed.R.Crim.P. 4.1 on   **Jun 14, 2025**.

The Honorable Stanley A. Boone
United States Magistrate Judge

Approved as to form:

/s/  Jeffrey A. Spivak
Jeffrey A. Spivak
Assistant United States Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT                    23